HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LISA N. LUMEYA, DC Bar # 90017392
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Counsel for Defendant
JILL M. BAKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JILL M. BAKER,<br><br>Defendant. | Case No. 6:25-mj-00018-HBK<br><br>ORDER GRANTING STIPULATION TO EXTEND FILING DEADLINES;<br><br>(Doc. 12)<br><br>Judge: Hon. Helena Barch-Kuchta |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Joshua Banister, counsel for the government, and Assistant Federal Defender Lisa N. Lumeya, counsel for Jill Baker, that the Court may extend the deadline for Ms. Baker's reply brief from February 2, 2026, to February 16, 2026.

Good cause exists to extend the deadline.  During the week between the government's response deadline and Ms. Baker's reply deadline, defense counsel took unexpected intermittent bereavement leave.  The parties believe the limited, two-week extension requested is reasonable due to the unforeseen circumstances, and in light of pre-existing case obligations.

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: January 30, 2026          /s/  Joshua Banister
                                JOSHUA BANISTER
                                Assistant United States Attorney


                                HEATHER E. WILLIAMS
                                Federal Defender

Date: January 30, 2026          /s/ Lisa Ndembu Lumeya
                                LISA N. LUMEYA
                                Assistant Federal Defender
                                Attorney for Defendant
                                JILL M. BAKER


**O R D E R**

The Court GRANTS (Doc. 12) the stipulated motion. The current briefing schedule be modified, and Ms. Baker's deadline to reply is continued by two weeks to February 16, 2026.  The Court further extends its sincere condolences to Ms. Lumeya.


Dated:    January 30, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

Baker – Stipulation to Extend Deadline
for Filing Reply

2